IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND D. JACKSON,

    Plaintiff,                      No. 2:11-cv-1157 JAM KJN P

    vs.

STEVEN FLETCHER, et al.,

    Defendants.                 <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding without counsel and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On June 9, 2011, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Al-Mufti was returned unserved because "contract employee, CDCR no longer accepting service for contract employees."

        Pursuant to this court's prior orders, if defendants did not return a waiver of service of summons within sixty days from the date of the mailing the request for waiver, the United States Marshal was to personally serve process on defendants and "command all necessary assistance from the California Department of Corrections and Rehabilitation ("CDCR") pursuant to" that order. (Dkt. No. 14, order filed June 9, 2011 ).

        The undersigned below directs Supervising Deputy Attorney General Monica N.

1

Anderson to assist the U.S. Marshal in locating an address for defendant Al-Mufti because service was unexecuted because he is a contract employee.[1]

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to serve this order on Supervising Deputy Attorney General Monica N. Anderson and on the United States Marshall.

        2. Supervising Deputy Attorney General Anderson shall take all steps necessary to assist the United States Marshal in locating an address for service of process on defendant Al-Mufti and shall report to the court within twenty days whether she has been able to provide a valid address.

        3. The U.S. Marshal shall maintain the confidentiality of any service address information provided by Supervising Deputy Attorney General Anderson. Should an address be provided, the U.S. Marshal shall, upon receipt of that address, take all steps necessary to request a waiver of service and/or to personally serve defendants in accordance with the provisions of this court's June 9, 2011 order.

        4. The Clerk of the Court to send plaintiff 1 USM form, along with an instruction sheet and a copy of the complaint filed March 30, 2011;

        5. Within fourteen days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

        a. One completed USM-285 form for defendant Al-Mufti;

---

[1] Process directed to defendants Long and Hall was returned because "not a CMF employee" and "per CDCR not listed." Because the returned USM 285 forms for defendants Hall and Long did not state that service was unexecuted because they are contract employees, Supervising Deputy Attorney General Monica N. Anderson is not required to assist the U.S. Marshal at this time in locating an address for them. However, if Supervising Deputy Attorney General Monica N. Anderson determines that service as to defendants Hall and Long was unexecuted because they are contract employees, she shall notify the court.

2

        b. Two copies of the endorsed complaint filed March 30, 2011; and

        c. One completed summons form or show good cause why he cannot provide such information.

DATED: August 12, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jack1157.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND D. JACKSON, SR., | | |
|     Plaintiff, | No. 2:11-cv-1157 KJN P | |
|     vs. | | |
| STEVEN FLETCHER, et al., | <u>NOTICE OF SUBMISSION</u> | |
|     Defendants. | <u>OF DOCUMENTS</u> | |
| _____ / | | |

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____ completed summons form

    \_\_1\_\_ completed USM-285 forms

    \_\_1\_\_ copies of the _____March 30, 2011_____ Complaint

DATED:

    _____

    Plaintiff