1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RAYMOND D. JACKSON,

11              Plaintiff,                    No. 2: 11-cv-1157 JAM KJN P

12        vs.

13   STEVEN FLETCHER, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16          Plaintiff is a state prisoner proceeding without counsel with a civil rights action

17   pursuant to 42 U.S.C. § 1983.  Service as to defendant Al-Mufti was returned unserved because

18   "contract employee, CDCR no longer accepting service for contract employees."  On August 15,

19   2011, the undersigned ordered the Office of the Attorney General to assist the U.S. Marshal in

20   locating the address for defendant Al-Mufti because service was unexecuted because he is a

21   contract employee.

22          Service as to defendants Long and Hall was returned unserved because they were

23   "not a CMF employee."  In the August 15, 2011 order, the undersigned directed the Office of the

24   Attorney General to assist the U.S. Marshal in locating addresses for these defendants if it was

25   determined that service was returned unexecuted as to them because they were contract

26   employees.

1

On August 19, 2011, the Office of the Attorney General informed the court that they had provided the U.S. Marshal with an address for service of defendants Al-Mufti and Hall. With respect to defendant Long, the Office of the Attorney General informed the court that there was no regular or contract employee by this name, even after cross-referencing plaintiff's CDCR number with the name "Long." As a result, the Office of the Attorney General was unable to provide additional information for service of this defendant.

On August 17, 2011, plaintiff filed a notice of voluntary dismissal of defendant Al-Mufti. Accordingly, no further attempts of service as to this defendant will be ordered. The court has been informed that the U.S. Marshal will attempt service of defendant Hall at the address provided by the Office of the Attorney General.

Because service of defendant Long cannot be executed, for the reasons discussed above, plaintiff is ordered to show cause within fourteen days why defendant Long should not be dismissed.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall show cause why defendant Long should not be dismissed.

DATED:  September 1, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jack1157.ord