IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND D. JACKSON,

    Plaintiff,                        No. 2:11-cv-1157 JAM KJN P

    vs.

STEVEN FLETCHER, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff is a California state prisoner, proceeding without counsel and in forma pauperis, in this civil rights action filed pursuant to 42 U.S.C. § 1983. On December 8, 2011, plaintiff filed a motion for appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1) (Dkt. No. 63). The court found the appointment of counsel for plaintiff was warranted and on December 15, 2011, granted plaintiff's motion (Dkt. No. 70). Paul R. Martin has been selected from the court's pro bono attorney panel to represent plaintiff and he has accepted the appointment.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Paul R. Martin is appointed as counsel in the above entitled matter.

        2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

////

3.  The Clerk of the Court is directed to serve a copy of this order upon Paul R. Martin, Law Office of Paul R. Martin, 730 Glacier Way, Fairfield, California 94534.

DATED:  January 3, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jack1157.31