1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RAYMOND D. JACKSON,

11            Plaintiff,                    No. 2:11-cv-1157 JAM KJN P

12        vs.

13   STEVEN FLETCHER, et al.,

14            Defendants.                   <u>ORDER</u>

15   _____/

16            Plaintiff is a California state prisoner, proceeding without counsel and in forma

17   pauperis, in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On December 8, 2011,

18   plaintiff filed a motion for appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1)  (Dkt. No.

19   63). The court found the appointment of counsel for plaintiff was warranted and on December

20   15, 2011, granted plaintiff's motion (Dkt. No. 70).  Paul R. Martin has been selected from the

21   court's pro bono attorney panel to represent plaintiff and he has accepted the appointment.

22            Accordingly, IT IS HEREBY ORDERED that:

23            1.  Paul R. Martin is appointed as counsel in the above entitled matter.

24            2.  Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at

25   spark@caed.uscourts.gov if he has any questions related to the appointment.

26   ////

1          3.  The Clerk of the Court is directed to serve a copy of this order upon Paul R.

2   Martin, Law Office of Paul R. Martin, 730 Glacier Way, Fairfield, California 94534.

3   DATED:  January 3, 2012

4

5                                         _____
                                          KENDALL J. NEWMAN
6                                         UNITED STATES MAGISTRATE JUDGE

7   jack1157.31