1 **WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
2 Sacramento, CA  95822
(916) 456-1122
3 (916) 737-1126 (fax)

4 Kathleen J. Williams, CSB #127021

5 Attorneys for defendants
CATE, OSMAN, JOLLEY,
6 MEHTA, SABIN, WARHOVER and DUNLAP

7

8 **IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

9

10 RAYMOND D. JACKSON, SR.,        )     CASE NO: 2:11-CV-01157-JAM-KJN-P
                                  )
11            Plaintiff,           )     **STIPULATION AND ORDER
                                  )     REGARDING OPPOSITION TO MOTION
12 vs.                             )     TO AMEND**
                                  )
13 STEVE PLETCHER, et al.,         )
                                  )
14            Defendants.          )
   _____)

15

16
///
17
///
18
///
19
///
20
///
21
///
22
///
23
///
24
///
25
///
26
///
27

28
*Jackson v. Pletcher  [2:11-CV-01157-JAM-KJN-P]*Stipulation and Order Regarding Motion to Amend                Page 1

1  Each of the parties, by and through their respective counsel, hereby stipulates that plaintiff's Motion to Amend be held in abeyance and that no opposition need be filed or served until such time as counsel for plaintiff has the opportunity to review the pleadings in this case and to speak to his client to make a determination as to whether to proceed with the Motion to Amend and the proposed Amended Complaint.

IT IS SO STIPULATED.

Dated: January 4, 2012                    Law Office of PAUL R. MARTIN

                                          By:/s/ Paul R. Martin (signed with permission)
                                             PAUL R. MARTIN, CSB 154076
                                             Attorneys for plaintiff JACKSON

Dated: January 4, 2012                    HASSARD, BONNINGTON, LLP

                                          By:/s/ Marcell Neri (signed with permission)
                                             MARCELL NERI , CSB 258537
                                             Attorneys for defendant PLETCHER

Dated: January 4, 2012                    WILLIAMS & ASSOCIATES

                                          By: /s/ Kathleen J. Williams
                                             KATHLEEN J. WILLIAMS, CSB 127021
                                             Attorneys for defendants CATE,
                                             OSMAN, JOLLEY,MEHTA, SABIN,
                                             WARHOVER and DUNLAP

**IT IS SO ORDERED**

DATE:  January 17, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jack1157.stip