1

**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
2
Sacramento, CA  95822
(916) 456-1122
3
(916) 737-1126 (fax)

4
Kathleen J. Williams, CSB #127021

5
Attorneys for defendants
CATE, OSMAN, JOLLEY,
6
MEHTA, SABIN, WARHOVER and DUNLAP

7

8
**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

9

10
RAYMOND D. JACKSON, SR.,                 )     CASE NO: 2:11-CV-01157-JAM-KJN-P
                                                      )
11
                      Plaintiff,            )     **STIPULATION AND ORDER
                                                      )     REGARDING OPPOSITION TO MOTION
12
vs.                                           )     TO AMEND**
                                                      )
13
STEVE PLETCHER, et al.,                   )
                                                      )
14
                      Defendants.           )
                                                      )
15

16
///
17
///
18
///
19
///
20
///
21
///
22
///
23
///
24
///
25
///
26
///
27

28

1    Each of the parties, by and through their respective counsel, hereby stipulates

2    that plaintiff's Motion to Amend be held in abeyance and that no opposition need be

3    filed or served until such time as counsel for plaintiff has the opportunity to review the

4    pleadings in this case and to speak to his client to make a determination as to whether

5    to proceed with the Motion to Amend and the proposed Amended Complaint.

6        IT IS SO STIPULATED.

7    Dated: January 4, 2012                    Law Office of PAUL R. MARTIN

8
                                                By:/s/ Paul R. Martin (signed with permission)
9                                                  PAUL R. MARTIN, CSB 154076
                                                   Attorneys for plaintiff JACKSON
10

11   Dated: January 4, 2012                    HASSARD, BONNINGTON, LLP

12
                                                By:/s/ Marcell Neri (signed with permission)
13                                                 MARCELL NERI , CSB 258537
                                                   Attorneys for defendant PLETCHER
14

15   Dated: January 4, 2012                    WILLIAMS & ASSOCIATES

16

17                                             By: /s/ Kathleen J. Williams
                                                   KATHLEEN J. WILLIAMS, CSB 127021
18                                                 Attorneys for defendants CATE,
                                                   OSMAN, JOLLEY,MEHTA, SABIN,
19                                                 WARHOVER and DUNLAP

20
     **IT IS SO ORDERED**
21
     DATE:  January 17, 2012
22

23
                                               _____
24                                             KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE
25   jack1157.stip

26

27

28
     *Jackson v. Pletcher  [2:11-CV-01157-JAM-KJN-P]*Stipulation and Order Regarding Motion to Amend          Page 2