IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND D. JACKSON,

     Plaintiff,                        No. 2: 11-cv-1157 JAM KJN P

     vs.

STEVEN FLETCHER, et al.,

     Defendants.               <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On January 3, 2012, the court appointed attorney Paul Martin to represent plaintiff.

        On January 18, 2012, the undersigned signed a stipulation, signed by both parties, providing that plaintiff's motion to amend be held in abeyance and that no opposition need be filed until plaintiff's counsel had the opportunity to review the pleadings and to make a determination as to whether to proceed with the motion to amend.

        Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff's counsel shall inform the court whether he intends to proceed with the motion to amend; plaintiff's counsel shall also inform the court whether he intends to file an opposition to defendant Pletcher's summary judgment motion filed October 19, 2011, or

1

1  defendant Cate's motion to dismiss filed November 17, 2011.

2  DATED: February 2, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jack1157.stat