IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Raymond D. Jackson, Sr.

Plaintiff(s)

vs.

Steve Pletcher, et.al.

Defendants.

No. 2:11-CV-01157-JAM-KJN-P

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Paul R. Martin, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on January 3, 2012, by the Honorable Kendall J. Newman, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

To secure the services of an expert witness to provide an opinion as to whether or not medical malpractice occurred as a consequence of Plaintiff's medical treatment or lack thereof while incarcerated at the California Medical Facility, Vacaville, CA. Please see attached papers.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 16,440 total.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:11-CV-01157-JAM-KJN-P

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| 3,050.00 | Expert review of files and consultation | |
| 1,830.00 | Expert report | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27 day of January, 20 12, at Fairfield, California.

Paul R. Martin

*[signature: Paul R. Martin]*

Attorney for Plaintiff(s)

The above expenditure is __x__ Approved  ____ Denied

Or,

____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule ____, on _____, at _____, ___.M. in Courtroom Number ____.

Dated: February 2, 2012

*[signature: Kendall J. Newman]*

United States District Judge/Magistrate