IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND D. JACKSON,

    Plaintiff,                    No. 2: 11-cv-1157 JAM KJN P

    vs.

STEVEN FLETCHER, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a state prisoner, represented by counsel, proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On February 21, 2012, plaintiff filed a motion to modify the scheduling order. Plaintiff requests that the discovery cut-off date be extended from March 9, 2012 to May 9, 2012. Accordingly, IT IS HEREBY ORDERED that within seven days of the date of this order, defendants shall inform the court whether they oppose plaintiff's request to modify the scheduling order.[1]

DATED: March 7, 2012

                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE

jack1157.ord

---

[1] Local Rule 230 provides that motions are to be noticed for hearing. In the future, plaintiff's counsel shall abide by this rule. If defendants request a hearing regarding the pending motion, they shall inform the court in their briefing.

1