1  **WILLIAMS & ASSOCIATES**
    1250 Sutterville Road, Ste. 290
2   Sacramento, CA  95822
    (916) 456-1122
3   (916) 737-1126 (fax)

4   Kathleen J. Williams, CSB #127021

5   Attorneys for defendants
    CATE, OSMAN, JOLLEY,
6   MEHTA, SABIN, WARHOVER and DUNLAP

7

8   **IN THE UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF CALIFORNIA**
9

10  RAYMOND D. JACKSON, SR.,                ) CASE NO: 2:11-CV-01157-JAM-KJN-P
                                            )
11              Plaintiff,                  ) **STIPULATION AND ORDER FOR THE
                                            ) DISMISSAL WITH PREJUDICE OF
12  vs.                                     ) DEFENDANTS WARHOVER AND
                                            ) DUNLAP**
13  STEVE PLETCHER, et al.,                 )
                                            )
14              Defendants.                 )
    _____)

15

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28
    *Jackson v. Pletcher  [2:11-CV-01157-JAM-KJN-P]*Stipulation and Order for Dismissal of Warhover and Dunlap       Page 1

1  The parties to this action, by and through their attorneys of record, hereby
2  stipulate to the dismissal of defendants WARHOVER and DUNLAP from this action
3  with prejudice, each side to bear its own costs and attorneys fees.

4  Dated: April 11, 2012             LAW OFFICES OF PAUL R. MARTIN

6                                    By: */s/Paul Martin*
7                                         PAUL MARTIN, CSB 154076
                                          Attorneys for plaintiff
                                          RAYMOND JACKSON, SR.

9  Dated: April 16, 2012             WILLIAMS & ASSOCIATES

11                                   By: */s/ Kathleen J. Williams*
                                          KATHLEEN J. WILLIAMS, CSB 127021
                                          Attorneys for defendants CATE,
12                                        OSMAN, JOLLEY, MEHTA, SABIN,
                                          WARHOVER and DUNLAP

14 Dated: April 11, 2012              HASSARD BONNINGTON, LLP

16                                   By: */s/ Marcell P. Neri*
                                          MARCELL P. NERI, CSB 258537
                                          WESLEY PRATT, CSB 191159
17                                        Attorneys for defendant PLETCHER

18 **IT IS SO ORDERED**

19 Dated: 4/16/2012                   /s/ John A. Mendez
                                      John A. Mendez, Judge
20                                    United States District Court
                                      Eastern District of California

28 *Jackson v. Pletcher  [2:11-CV-01157-JAM-KJN-P]*Stipulation and Order for Dismissal of Warhover and Dunlap          Page 2