**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants
CATE, OSMAN, JOLLEY,
MEHTA, SABIN, WARHOVER and DUNLAP

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. JACKSON, SR., | CASE NO: 2:11-CV-01157-JAM-KJN-P |
| Plaintiff, | **STIPULATION AND ORDER FOR THE DISMISSAL WITH PREJUDICE OF DEFENDANTS WARHOVER AND DUNLAP** |
| vs. | |
| STEVE PLETCHER, et al., | |
| Defendants. | |

///

///

///

///

///

///

///

///

///

///

///

///

*Jackson v. Pletcher  [2:11-CV-01157-JAM-KJN-P]*Stipulation and Order for Dismissal of Warhover and Dunlap          Page 1

1    The parties to this action, by and through their attorneys of record, hereby

2  stipulate to the dismissal of defendants WARHOVER and DUNLAP from this action

3  with prejudice, each side to bear its own costs and attorneys fees.

4  Dated: April 11, 2012                    LAW OFFICES OF PAUL R. MARTIN

5

6                                           By: /s/Paul  Martin
                                                PAUL MARTIN, CSB 154076
7                                               Attorneys for plaintiff
                                                RAYMOND JACKSON, SR.
8

9  Dated: April 16, 2012                    WILLIAMS & ASSOCIATES

10

11                                          By:  /s/ Kathleen J. Williams
                                                 KATHLEEN J. WILLIAMS, CSB 127021
                                                 Attorneys for defendants CATE,
12                                               OSMAN, JOLLEY, MEHTA, SABIN,
                                                 WARHOVER and DUNLAP
13

14 Dated: April 11, 2012                    HASSARD BONNINGTON, LLP

15

16                                          By:  /s/ Marcell P. Neri
                                                 MARCELL P. NERI, CSB 258537
                                                 WESLEY PRATT, CSB 191159
17                                               Attorneys for defendant PLETCHER

18 **IT IS SO ORDERED**

19 Dated: 4/16/2012                         /s/ John A. Mendez
                                            John A. Mendez, Judge
20                                          United States District Court
                                            Eastern District of California
21

22

23

24

25

26

27

28