1   **WILLIAMS & ASSOCIATES**
    1250 Sutterville Road, Ste. 290
2   Sacramento, CA  95822
    (916) 456-1122
3   (916) 737-1126 (fax)

4   Kathleen J. Williams, CSB #127021

5   Attorneys for defendants
    CATE, OSMAN, JOLLEY,
6   MEHTA and SABIN

7

8               **IN THE UNITED STATES DISTRICT COURT**
                  **EASTERN DISTRICT OF CALIFORNIA**
9

10  RAYMOND D. JACKSON, SR.,          )   CASE NO: 2:11-CV-01157-JAM-KJN-P
                                      )
11                  Plaintiff,        )   **STIPULATION AND ORDER FOR THE**
                                      )   **DISMISSAL WITH PREJUDICE OF**
12  vs.                               )   **DEFENDANT MEHTA**
                                      )
13  STEVE PLETCHER, et al.,           )
                                      )
14                  Defendants.       )
    _____  )
15

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28
    *Jackson v. Pletcher  [2:11-CV-01157-JAM-KJN-P]Stipulation and Order for Dismissal of Mehta*          Page 1

1    The parties to this action, by and through their attorneys of record, hereby

2    stipulate to the dismissal of defendant MEHTA from this action with prejudice, each side

3    to bear his own costs and attorneys fees.

4    Dated: 5/14/12                    LAW OFFICES OF PAUL R. MARTIN

5                                      By: /s/ "Paul Martin" (original signature retained by counsel)
                                            PAUL MARTIN, CSB 154076
6                                           Attorneys for plaintiff
                                            RAYMOND JACKSON, SR.
7

8    Dated: 5/16/12                    WILLIAMS & ASSOCIATES

9
                                       By: /s/ Kathleen J. Williams
10                                          KATHLEEN J. WILLIAMS, CSB 127021
                                            Attorneys for defendants CATE,
11                                          OSMAN, JOLLEY, MEHTA and SABIN

12   Dated: 5/4/12                     HASSARD BONNINGTON, LLP

13
                                       By: /s/ "Marcell Neri" (original signature retained by counsel)
14                                          MARCELL P. NERI, CSB 258537
                                            WESLEY PRATT, CSB 191159
15                                          Attorneys for defendant PLETCHER

16   **IT IS SO ORDERED**

17   Dated: May 18, 2012               /s/ John A. Mendez
                                       John A. Mendez, Judge
18                                     United States District Court
                                       Eastern District of California
19

20

21

22

23

24

25

26

27

28