1  **WILLIAMS & ASSOCIATES**
    1250 Sutterville Road, Ste. 290
2  Sacramento, CA  95822
    (916) 456-1122
3  (916) 737-1126 (fax)

4  Kathleen J. Williams, CSB #127021

5  Attorneys for defendants
    CATE, OSMAN, JOLLEY,
6  MEHTA and SABIN

7

8              **IN THE UNITED STATES DISTRICT COURT**
               **EASTERN DISTRICT OF CALIFORNIA**
9

10  RAYMOND D. JACKSON, SR.,            )   CASE NO: 2:11-CV-01157-JAM-KJN-P
                                        )
11            Plaintiff,                )   **STIPULATION AND ORDER FOR THE**
                                        )   **DISMISSAL WITH PREJUDICE OF**
12  vs.                                 )   **DEFENDANT MEHTA**
                                        )
13  STEVE PLETCHER, et al.,             )
                                        )
14            Defendants.               )
                                        )
15

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28
*Jackson v. Pletcher  [2:11-CV-01157-JAM-KJN-P]*Stipulation and Order for Dismissal of Mehta                    Page 1

1  The parties to this action, by and through their attorneys of record, hereby
2  stipulate to the dismissal of defendant MEHTA from this action with prejudice, each side
3  to bear his own costs and attorneys fees.

4  Dated: 5/14/12               LAW OFFICES OF PAUL R. MARTIN

5                               By: /s/ "Paul Martin" (original signature retained by counsel)
                                     PAUL MARTIN, CSB 154076
6                                    Attorneys for plaintiff
                                     RAYMOND JACKSON, SR.
7

8  Dated: 5/16/12               WILLIAMS & ASSOCIATES

9
                                By: /s/ Kathleen J. Williams
10                                   KATHLEEN J. WILLIAMS, CSB 127021
                                     Attorneys for defendants CATE,
11                                   OSMAN, JOLLEY, MEHTA and SABIN

12 Dated: 5/4/12                HASSARD BONNINGTON, LLP

13
                                By: /s/ "Marcell Neri" (original signature retained by counsel)
14                                   MARCELL P. NERI, CSB 258537
                                     WESLEY PRATT, CSB 191159
15                                   Attorneys for defendant PLETCHER

16 **IT IS SO ORDERED**

17 Dated: May 18, 2012          /s/ John A. Mendez
                                John A. Mendez, Judge
18                              United States District Court
                                Eastern District of California
19

28 *Jackson v. Pletcher  [2:11-CV-01157-JAM-KJN-P]*Stipulation and Order for Dismissal of Mehta                    Page 2