1

**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
2
Sacramento, CA  95822
(916) 456-1122
3
(916) 737-1126 (fax)

4
Kathleen J. Williams, CSB #127021

5
Attorneys for defendants
CATE, OSMAN, JOLLEY and SABIN
6

7

8
**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

9

10
RAYMOND D. JACKSON, SR.,                )          CASE NO: 2:11-CV-01157-JAM-KJN-P

                                        )
                     Plaintiff,         )          **STIPULATION AND ORDER FOR THE**
11
                                        )          **DISMISSAL WITH PREJUDICE OF**
vs.                                     )          **DEFENDANTS CATE AND SABIN**
12
                                        )
STEVE PLETCHER, et al.,                 )
13
                                        )
                     Defendants.        )
14
_____)

15

16   ///

17   ///

     ///
18
     ///
19
     ///
20
     ///
21
     ///
22
     ///
23
     ///
24
     ///
25
     ///
26
     ///
27

28
_____
*Jackson v. Pletcher  [2:11-CV-01157-JAM-KJN-P]*Stipulation and Order for Dismissal of Cate and Sabin          Page 1

1    The parties to this action, by and through their attorneys of record, hereby

2 stipulate pursuant to Federal Rule of Civil Procedure 41 to the dismissal of defendants

3 CATE and SABIN from this action with prejudice, each side to bear his own costs and

4 attorneys fees.

5 Dated: June 26, 2012                    LAW OFFICES OF PAUL R. MARTIN

6

7                                          By: */s/ "Paul Martin"* (original signature retained by counsel)
                                           PAUL MARTIN, CSB 154076
8                                          Attorneys for plaintiff
                                           RAYMOND JACKSON, SR.
9

10 Dated: June 22, 2012                   WILLIAMS & ASSOCIATES

11
                                          By: */s/ Kathleen J. Williams*
12                                         KATHLEEN J. WILLIAMS, CSB 127021
                                           Attorneys for defendants CATE, OSMAN,
13                                         JOLLEY and SABIN

14 Dated: June 21, 2012                   HASSARD BONNINGTON, LLP

15
                                          By: */s/ "R. Wesley Pratt"* (original signature retained by counsel)
16                                         MARCELL P. NERI, CSB 258537
                                           WESLEY PRATT, CSB 191159
17                                         Attorneys for defendant PLETCHER

18 Dated: June 21, 2012                   BEESON TERHORST, LLP

19
                                          By:*/s/ "Michael Terhorst"* (original signature retained by counsel)
20                                         MICHAEL TERHORST, CSB 164679
                                           Attorneys for defendant HALL
21

22 **IT IS SO ORDERED.**

23 Dated:   6/26/2012                     /s/ John A. Mendez
                                           John A. Mendez, Judge
24                                         United States District Court
                                           Eastern District of California
25

26

27

28
___
*Jackson v. Pletcher  [2:11-CV-01157-JAM-KJN-P]*Stipulation and Order for Dismissal of Cate and Sabin          Page 2