**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants
CATE, OSMAN, JOLLEY and SABIN

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. JACKSON, SR., | CASE NO: 2:11-CV-01157-JAM-KJN-P |
| Plaintiff, | **STIPULATION AND ORDER FOR THE DISMISSAL WITH PREJUDICE OF DEFENDANTS CATE AND SABIN** |
| vs. | |
| STEVE PLETCHER, et al., | |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///
///
///

The parties to this action, by and through their attorneys of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41 to the dismissal of defendants CATE and SABIN from this action with prejudice, each side to bear his own costs and attorneys fees.

Dated: June 26, 2012                          LAW OFFICES OF PAUL R. MARTIN


                                               By: */s/ "Paul Martin"* (original signature retained by counsel)
                                               PAUL MARTIN, CSB 154076
                                               Attorneys for plaintiff
                                               RAYMOND JACKSON, SR.

Dated: June 22, 2012                          WILLIAMS & ASSOCIATES


                                               By: */s/ Kathleen J. Williams*
                                               KATHLEEN J. WILLIAMS, CSB 127021
                                               Attorneys for defendants CATE, OSMAN,
                                               JOLLEY and SABIN

Dated: June 21, 2012                          HASSARD BONNINGTON, LLP


                                               By: */s/ "R. Wesley Pratt"* (original signature retained by counsel)
                                               MARCELL P. NERI, CSB 258537
                                               WESLEY PRATT, CSB 191159
                                               Attorneys for defendant PLETCHER

Dated: June 21, 2012                          BEESON TERHORST, LLP


                                               By: */s/ "Michael Terhorst"* (original signature retained by counsel)
                                               MICHAEL TERHORST, CSB 164679
                                               Attorneys for defendant HALL

**IT IS SO ORDERED.**

Dated:  6/26/2012                             /s/ John A. Mendez
                                               John A. Mendez, Judge
                                               United States District Court
                                               Eastern District of California

---

*Jackson v. Pletcher  [2:11-CV-01157-JAM-KJN-P]*Stipulation and Order for Dismissal of Cate and Sabin          Page 2