1  **WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
2  Sacramento, CA  95822
(916) 456-1122
3  (916) 737-1126 (fax)

4  Kathleen J. Williams, CSB #127021

5  Attorneys for defendants
OSMAN, JOLLEY AGUILERA and BICK
6

7
**IN THE UNITED STATES DISTRICT COURT**
8  **EASTERN DISTRICT OF CALIFORNIA**

9
RAYMOND D. JACKSON, SR.,          )    CASE NO: 2:11-CV-01157-JAM-KJN-P
10                                 )
                    Plaintiff,     )    **STIPULATION AND ORDER FOR THE**
11                                 )    **DISMISSAL WITH PREJUDICE OF**
vs.                                )    **DEFENDANT MARTHA JOLLEY**
12                                 )
STEVE PLETCHER, et al.,            )
13                                 )
                    Defendants.    )
14  _____)

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27

28  *Jackson v. Pletcher  [2:11-CV-01157-JAM-KJN-P]*Stipulation and Order for Dismissal of Jolley                    Page 1

1        The parties to this action, by and through their attorneys of record, hereby

2   stipulate pursuant to Federal Rule of Civil Procedure 41 to the dismissal of defendant

3   JOLLEY from this action with prejudice, each side to bear his/her own costs and

4   attorneys fees.

5   Dated: 7/24/12          LAW OFFICES OF PAUL R. MARTIN

6                     By: */s/ "Paul R. Martin"* (original signature retained by counsel)
                          PAUL MARTIN, CSB 154076

7                             Attorneys for plaintiff
                          RAYMOND JACKSON, SR.

8

9   Dated: 7/24/12          WILLIAMS & ASSOCIATES

10

11                    By: */s/ Kathleen J. Williams*
                          KATHLEEN J. WILLIAMS, CSB 127021
                          Attorneys for defendants OSMAN, JOLLEY

12                            AGUILERA and BICK

13  Dated: 7/24/12          HASSARD BONNINGTON, LLP

14

15                   By:*/s/ "R. Wesley Pratt"* (original signature retained by counsel)
                          MARCELL P. NERI, CSB 258537
                          WESLEY PRATT, CSB 191159

16                            Attorneys for defendant PLETCHER

17  Dated: 7/24/12            BEESON TERHORST, LLP

18

19                    By: */s/ "Michael Terhorst"* (original signature retained by counsel)
                          MICHAEL TERHORST, CSB 164679
                          Attorneys for defendant HALL

20

21  **IT IS SO ORDERED.**

22  Dated: 7/25/2012                  /s/ John A. Mendez
                                John A. Mendez, Judge

23                                 United States District Court
                               Eastern District of California

24

25

26

27

28  *Jackson v. Pletcher [2:11-CV-01157-JAM-KJN-P]*Stipulation and Order for Dismissal of Jolley        Page 2