**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants
OSMAN, JOLLEY AGUILERA and BICK

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. JACKSON, SR., ) | CASE NO: 2:11-CV-01157-JAM-KJN-P |
| Plaintiff, ) | **STIPULATION AND ORDER FOR THE** |
| vs. ) | **DISMISSAL WITH PREJUDICE OF** |
| ) | **DEFENDANT MARTHA JOLLEY** |
| STEVE PLETCHER, et al., ) | |
| Defendants. ) | |

///
///
///
///
///
///
///
///
///
///
///
///

*Jackson v. Pletcher  [2:11-CV-01157-JAM-KJN-P]*Stipulation and Order for Dismissal of Jolley                    Page 1

1    The parties to this action, by and through their attorneys of record, hereby

2  stipulate pursuant to Federal Rule of Civil Procedure 41 to the dismissal of defendant

3  JOLLEY from this action with prejudice, each side to bear his/her own costs and

4  attorneys fees.

5  Dated: 7/24/12            LAW OFFICES OF PAUL R. MARTIN

6                          By: /s/ "Paul R. Martin" (original signature retained by counsel)
                              PAUL MARTIN, CSB 154076
7                             Attorneys for plaintiff
                              RAYMOND JACKSON, SR.
8

9  Dated: 7/24/12            WILLIAMS & ASSOCIATES

10

11                          By: /s/ Kathleen J. Williams
                              KATHLEEN J. WILLIAMS, CSB 127021
                              Attorneys for defendants OSMAN, JOLLEY
12                            AGUILERA and BICK

13 Dated: 7/24/12            HASSARD BONNINGTON, LLP

14

15                          By:/s/ "R. Wesley Pratt" (original signature retained by counsel)
                              MARCELL P. NERI, CSB 258537
                              WESLEY PRATT, CSB 191159
16                            Attorneys for defendant PLETCHER

17 Dated: 7/24/12            BEESON TERHORST, LLP

18

19                          By: /s/ "Michael Terhorst" (original signature retained by counsel)
                              MICHAEL TERHORST, CSB 164679
20                            Attorneys for defendant HALL

21 **IT IS SO ORDERED.**

22 Dated: 7/25/2012                   /s/ John A. Mendez
                                      John A. Mendez, Judge
23                                    United States District Court
                                      Eastern District of California
24

25

26

27

28