Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Raymond D. Jackson, Sr.

        Plaintiff(s)

vs.

Steven Pletcher, M.D., et al.

        Defendants.

No. 2:11-CV-01157-JAM-KJN-P

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

### REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Paul R. Martin, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on January 3, 2012, by the Honorable Kendall J. Newman, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Additional time for expert Richard Lopchinsky, M.D. to review medical records of Plaintiff, in order to provide opinion.

1 extra hour for review and consulting (total of 6 hours rather than 5 originally anticipated)
2 extra hours for preparation of opinion (total of 5 hours rather than 3 originally anticipated).

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 1,830.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:11-CV-01157-JAM-KJN-P

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $ 4,880 | Review of medical records and preparation of expert opinion | -0- |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 7th day of August, 20 12, at Fairfield, California.

/s/ Paul R. Martin    *Paul R. Martin*

Attorney for Plaintiff(s)

The above expenditure is  __X__ Approved    _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M, in Courtroom Number_____.

Dated: 8/7/2012

United States District Judge/Magistrate