1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RAYMOND D. JACKSON,

11          Plaintiff,                    No.  11-cv-1157 JAM KJN P

12      vs.

13   STEVEN PLETCHER, et al.,

14          Defendants.            <u>ORDER</u>

15   _____/

16   I.  <u>Defendant Pletcher's Summary Judgment Motion</u>

17          Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action

18   pursuant to 42 U.S.C. § 1983.  Plaintiff is represented by Paul Martin.  Defendant Pletcher is

19   represented by R. Wesley Pratt.  Defendant Hall is represented by Michael Terhorst.  Defendants

20   Osman, Aguilera and Bick are represented by Kathleen Williams.

21          Pending before the court is defendant Pletcher's summary judgment motion filed

22   August 6, 2012.  On September 13, 2012, a hearing was held before the undersigned regarding

23   this motion.  In the reply to plaintiff's opposition, defendant Pletcher argued that plaintiff's

24   action is barred by res judicata based on a state court ruling issued August 27, 2012.  Because

25   plaintiff did not have an opportunity to brief this issue, defendant Pletcher's summary judgment

26   motion is denied without prejudice.  Defendant Pletcher may file a renewed summary judgment

1   motion in accordance with the schedule set forth herein.

2   II.  Scheduling Order

3          *Motion Hearing Schedule*

4          All law and motion, except as to discovery-related matters, shall be completed by

5   **March 6, 2013**.  The word "completed" in this context means that all law and motion matters

6   must be heard by the above date.  Counsel are cautioned to refer to the court's Local Rules

7   regarding the requirements for noticing such motions on the court's regularly scheduled law and

8   motion calendar.  This paragraph does not preclude motions for continuances, temporary

9   restraining orders or other emergency applications.

10         The parties should keep in mind that the purpose of law and motion is to narrow

11  and refine the legal issues raised by the case and to dispose of by pretrial motion those issues that

12  are susceptible to resolution without trial.  To accomplish that purpose, the parties need to

13  identify and fully research the issues presented by the case, and then examine those issues in light

14  of the evidence obtained through discovery.  If it appears to counsel after examining the legal

15  issues and facts that an issue can be resolved by pretrial motion, counsel are to file the

16  appropriate motion consistent with the law and motion cutoff set forth above.

17         ALL PURELY LEGAL ISSUES ARE TO BE RESOLVED BY TIMELY

18  PRETRIAL MOTION.  Counsel are reminded that motions in limine are procedural devices

19  designed to address the admissibility of evidence.  COUNSEL ARE CAUTIONED THAT THE

20  COURT WILL LOOK WITH DISFAVOR UPON SUBSTANTIVE MOTIONS PRESENTED

21  UNDER THE GUISE OF MOTIONS AT THE TIME OF TRIAL.

22         *Discovery*

23         All discovery shall be *completed* by **December 21, 2012.**  The word "completed"

24  means that all discovery shall have been conducted so that all depositions have been taken and

25  any disputes relative to discovery shall have been resolved by appropriate order if necessary and,

26  where discovery has been ordered, the parties have complied with the order.  Motions to compel

1  discovery must be noticed on the undersigned's law and motion calendar in accordance with the

2  Local Rules.

3          *Pretrial Conference and Jury Trial*

4          The pretrial conference and jury trial will be set following resolution of all

5  dispositive motions.

6          Good cause appearing, IT IS HEREBY ORDERED that:

7          1.  Defendant Pletcher's summary judgment motion (Dkt. No. 130) is denied

8  without prejudice;

9          2.  All law and motion, except as to discovery-related matters, shall be completed

10  by **March 6, 2013**;

11          3.  All discovery shall be completed by **December 21, 2012.**

12  DATED:  September 14, 2012

13

14                                    _____

15                                    KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE

16  jack1157.sch

17

18

19

20

21

22

23

24

25

26