IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND D. JACKSON,

    Plaintiff,                        No. 2: 11-cv-1157 JAM KJN P

    vs.

STEVEN PLETCHER, et al.,

    Defendants.                 <u>ORDER</u>

/

        Plaintiff Raymond Jackson, who proceeds in this action with court-appointed counsel, Mr. Paul Martin, has filed two motions in pro se. However, because plaintiff is legally represented, he is required to appear in this court only through his appointed counsel.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's motions filed December 26, 2012 (Dkt. No. 171), and January 2, 2013 (Dkt. No. 172), are denied without prejudice.

        SO ORDERED.

DATED: January 7, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jack1157.deny.pro se mtns.

1