IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND D. JACKSON,

        Plaintiff,                   No. 2: 11-cv-1157 JAM KJN P

    vs.

STEVEN PLETCHER, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Counsel for plaintiff and defendant Hall have notified the court that they reached a settlement agreement in this action pursuant to the mediation conference convened by Magistrate Judge Craig M. Kellison, on January 17, 2013. (<u>See</u> Dkt. No. 182.)

        Accordingly, IT IS HEREBY ORDERED that:

        1. Counsel for plaintiff and defendant Hall, and any other interested party, shall file their dispositional documents and/or a stipulated request for dismissal of plaintiff's claims against defendant Hall, within 60 days after the filing date of this order; and

////

////

////

////

2. This action shall proceed against the remaining defendants -- Pletcher, Aquilera, Bick and Osman -- as set forth by further order of this court.

SO ORDERED.

DATED: January 28, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jack1157.sett.disp.docs.