IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND D. JACKSON,

        Plaintiff,                    No. 2: 11-cv-1157 JAM KJN P

    vs.

STEVEN PLETCHER, et al.,

        Defendants.            ORDER

_____/

        Counsel for plaintiff and defendant Hall have notified the court that they reached a settlement agreement in this action pursuant to the mediation conference convened by Magistrate Judge Craig M. Kellison, on January 17, 2013. (See Dkt. No. 182.)

        Accordingly, IT IS HEREBY ORDERED that:

        1. Counsel for plaintiff and defendant Hall, and any other interested party, shall file their dispositional documents and/or a stipulated request for dismissal of plaintiff's claims against defendant Hall, within 60 days after the filing date of this order; and

////

////

////

////

1

2. This action shall proceed against the remaining defendants -- Pletcher, Aquilera, Bick and Osman -- as set forth by further order of this court.

SO ORDERED.

DATED: January 28, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jack1157.sett.disp.docs.