IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND D. JACKSON,

        Plaintiff,               No. 2: 11-cv-1157 JAM KJN P

    vs.

STEVEN PLETCHER, et al.,

        Defendants.        ORDER

_____/

        Plaintiff, a state prisoner proceeding through counsel, has filed a motion requesting that defendant Hall be dismissed.  Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  Plaintiff's motion to dismiss defendant Hall (Dkt. No. 185) is granted;

        2.  Defendant Hall is dismissed.

DATED:  March 8, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jack1157.dis