UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. JACKSON,<br><br>            Plaintiff,<br><br>     v.<br><br>STEVEN PLETCHER, et al.,<br><br>            Defendants. | No. 2:11-cv-1157 JAM KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding with counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 3, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations. Defendants have filed a reply.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 3, 2013, are adopted in full; and

2. Defendants' motion to dismiss (ECF No. 200) is denied as to plaintiff's claim that defendant Osman provided inadequate medical care in October 2008 and granted in all other respects.

DATED: November 5, 2013

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE