UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. JACKSON, | No. 2: 11-cv-1157 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| STEVEN PLETCHER, et al., | |
| Defendants. | |

On November 6, 2013, the Honorable John A. Mendez adopted the July 3, 2013 findings and recommendations recommending that defendants' motion to dismiss be granted in part and denied in part. In particular, Judge Mendez denied defendants' motion to dismiss as to plaintiff's claim that defendant Osman provided inadequate medical care in October 2008.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, defendants shall file a response to plaintiff's claim that defendant Osman provided inadequate medical care in October 2008 contained in the second amended complaint filed May 21, 2012.

Dated: November 12, 2013

jack1157.brf

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28