1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAYMOND D. JACKSON,                    No.  2:11-cv-1157 JAM KJN P

12              Plaintiff,

13        v.                                ORDER

14   STEVEN PLETCHER, et al.,

15              Defendants.

16

17        On November 6, 2013, the court granted in part and denied in part defendants' motion to

18   dismiss.  Plaintiff's appeal of this order is now pending in the Ninth Circuit Court of Appeals.

19        On December 12, 2013, defendants filed a summary judgment motion addressing the

20   issues remaining in this action.  This motion is set for hearing before the undersigned on January

21   16, 2014.

22        On January 3, 2014, plaintiff filed a motion to stay this action pending resolution of his

23   appeal.  This motion is set for hearing before the undersigned on January 9, 2014.

24        IT IS HEREBY ORDERED that:

25        1.   The hearing set for January 9, 2014, regarding plaintiff's motion to stay is vacated;

26             instead within fourteen days of the date of this order defendants shall file a response to

27             plaintiff's motion to stay; plaintiff may file a reply within seven days thereafter; and

28             plaintiff's motion to stay will be submitted on the papers; and

1

2.  The hearing set for January 16, 2014, regarding defendants' summary judgment

motion is vacated; the court will set a briefing schedule for this motion following

resolution of plaintiff's motion to stay, if appropriate.

Dated:  January 8, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jack1157.sta

2