IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Raymond D. Jackson, Sr.

          Plaintiff(s)

vs.

Steven Pletcher, M.D., et. al.

          Defendants.

No. 2:11-CV-01157-JAM-KJN-P

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Paul R. Martin, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on January 3, 2012, by the Honorable Judge Kendall J. Newman, United States District Judge/Magistrate.
I believe that the following course of action is reasonably necessary to the prosecution of this action:

See attached statement.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 5,000.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:11-CV-01157-JAM-KJN-P

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $4,880 | Expert Opinion from Dr. Lopchinsky | $4,880 |
| $1,830 | Additional time to complete expert opinion | $1,830 |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 6th day of January, 2014, at Fairfield, California.

Paul R. Martin  *(signed)* Paul R. Martin

Attorney for Plaintiff(s)

The above expenditure is _____ Approved   __X__ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 1/14/2014

*(signed)*
United States District Judge/Magistrate