UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN PLETCHER, et al.,<br><br>　　　　　Defendants. | No. 2: 11-cv-1157 JAM KJN P<br><br><br><br>ORDER |

Noticed for hearing before the undersigned on February 20, 2014 is plaintiff's motion for a certificate of appealability. On February 6, 2014, defendant filed an opposition.

The undersigned will take plaintiff's motion for a certificate of appealability under submission without oral argument.

Accordingly, IT IS HEREBY ORDERED that the February 20, 2014 hearing regarding plaintiff's motion for a certificate of appealability is vacated.

Dated: February 7, 2014

jack1157.vac

　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1