UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN PLETCHER, et at.,<br><br>Defendants. | No.  2: 11-cv-1157 JAM KJN P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding through counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 25, 2014 and April 1, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 25, 2014 (ECF No. 236) and April 1, 2014 (ECF No. 238) are adopted in full;

2. Plaintiff's motion for a certificate of appealability (ECF No. 232) is denied; and

3. Plaintiff's motion to stay this action (ECF No. 226) is denied.

DATED: June 27, 2014

                                            /s/ John A. Mendez_____

                                            UNITED STATES DISTRICT COURT JUDGE