UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. JACKSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN PLETCHER, et al.,<br><br>　　　　　　Defendants. | No. 2: 11-cv-1157 JAM KJN P<br><br><br>ORDER |

　　　Pending before the court is defendant Osman's summary judgment motion filed December 12, 2013. On June 30, 2014, the Honorable John A. Mendez denied plaintiff's motion to stay this action pending the Ninth Circuit's ruling on plaintiff's appeal of the order granting defendants' motion to dismiss. Now that all pending matters have been resolved, the court sets a briefing schedule for defendant Osman's summary judgment motion.

　　　Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, plaintiff shall file an opposition to defendant Osman's summary judgment motion; defendant may file a reply within fourteen days thereafter; if deemed necessary, after reviewing the record, the court will set a hearing for oral argument.

Dated: July 2, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Jack1157.ord

1