1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAYMOND D. JACKSON,                    No.  2:  11-cv-1157 JAM KJN P

12            Plaintiff,

13       v.                                 ORDER

14   STEVEN PLETCHER, et al.,

15            Defendants.

16

17        Pursuant to stipulation, IT IS HEREBY ORDERED that plaintiff's deadline to respond to

18   the court's findings and recommendations is extended to September 1, 2014.

19   Dated:  August 19, 2014

20                                          _____
                                            Kendall J. Newman
21   Jack1157.eot                           KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

                                            1